IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 20-33024-H5-13 |
| | § | |
| **Philip Reed Lively** | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

<u>**DEBTOR(S)' RESPONSE TO
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE**</u>
(Docket No. 25)

**COMES NOW** Philip Reed Lively, Debtor(s) herein, and file this *Response to Chapter 13 Trustee's Motion to Dismiss Case* (Docket No. 25) (the "Trustee's Motion"), and in support thereof, state as follows:

1.  Debtor denies the allegations contained in Paragraph 1 of the Trustee's Motion. The Debtor's plan includes a non-standard provision.

2.  Debtor denies the allegations contained in Paragraph 2 of the Trustee's Motion. Debtor believes the plan is feasible pursuant to U.S.C. § 1325 (a)(6). Debtor's payments are scheduled to be made on the 23rd of the month by automatic draft and has shown the ability to make payments and comply with the plan.

3.  Debtor denies the allegations contained in Paragraph 3 of the Trustee's Motion. Paragraph 10 of the Plan is complete, Trustee previously raised concerns regarding the interest rate listed for Ford Motor Credit Company, LLC. ("Ford"). On July 10, 2020 Ford filed a claim (No. 3), the interest rate is 0.00%.

4.  Debtor denies the allegations contained in Paragraph 4 of the Trustee's Motion. Debtor reported all income as required by Form 122C.

5.  Accordingly, Debtor(s)' respectfully request the Trustee's Motion be denied or continued

for further hearing.

   WHEREFORE, Debtor(s) pray that the Trustee's Motion be denied.

                   Respectfully submitted,

                   **GUZMAN LAW FIRM**

                   */s/ Eloise A. Guzman*
                   _____
                   **Eloise A. Guzman**
                   State Bar No. 08654570; Fed ID 7685
                   eloise@guzmanbk.com
                   **Mayur M. Patel**
                   State Bar No. 24043863; Fed ID 573995
                   mayur@guzmanbk.com
                   *Attorneys in Charge for Debtor(s)*
                   8225 Gulf Freeway
                   Houston, Texas 77017
                   (713) 378-9900   Phone
                   (713) 378-9977   Fax

## CERTIFICATE OF SERVICE

   I hereby certify that on August 14, 2020, a true and correct copy of the foregoing was served on (1) all parties registered to receive electronic notices, (2) the parties on the attached list, if any, and (3) the following parties, if any.

<u>William Heitkamp via ECF/CM</u>

<u>U.S. Trustee via ECF/CM</u>

<u>Debtor via U.S. Mail</u>
Philip Reed Lively
24109 Kingwood Place Dr., #3108
Kingwood, TX   77339

                   */s/ Eloise A. Guzman*
                   _____
                   Eloise A. Guzman
                   Mayur M. Patel