UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| PHILIP REED LIVELY | : | No. 20-33024 |
| | : | |
| *Debtor* | : | CONTESTED MATTER |
| _____ | : | |

### CORNERSTONE CONSTRUCTION'S NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Greg Webb d/b/a Cornerstone Construction ("Cornerstone") and provides notice that Cornerstone's Objection to Debtor's Homestead Exemption (D.E. # 35) is hereby **WITHDRAWN**. The parties have agreed to resolve the contested matter.

Respectfully submitted,

By:    GAITAS & CHALOS, P.C.

/s/Jonathan M. Chalos
Jonathan M. Chalos
State Bar No. 24097482
Federal Bar No. 3008683
1908 N. Memorial Way
Houston, Texas 77007
Telephone: 281-501-1800
Fax: 832-962-8178
E-mail:chalos@gkclaw.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 19, 2020, a true and correct copy of the foregoing Notice of Withdrawal of Objection to Debtor's Homestead Exemption was served via electronic means on the Court's cm/ECF noticing system or by regular first-class mail to the parties listed on the attached list.

                   /s/Jonathan M. Chalos
                   Jonathan M. Chalos

**BY ELECTRONIC NOTICE OR REGULAR FIRST-CLASS MAIL:**

PHILIP REED LIVELY
24109 KINGWOOD PLACE DR., #3108
KINGWOOD, TX 77339

ELOISE A. GUZMAN
8225 GULF FREEWAY
HOUSTON, TX 77017

WILLIAM E. HEITKAMP
9821 KATY FREEWAY
STE 590
HOUSTON, TX 77024